UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN GENERAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.<br><br>Defendants. | Case No. 09-2391 |
| BRADFORD HOSPITAL d/b/a BRADFORD REGIONAL MEDICAL CENTER, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.<br><br>Defendants. | Case No. 09-2458 |
| NIAGARA FALLS MEMORIAL MEDICAL CENTER, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.<br><br>Defendants. | Case No. 09-2476<br><br>**ORDER** |

1

| | |
|---|---|
| KERSHAWHEALTH, on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>              Defendants. | Case No. 09-2509 |
| PROFESSIONAL RESOURCES MANAGEMENT OF CRENSHAW LLC D/B/A CRENSHAW COMMUNITY HOSPITAL, on behalf of itself and all Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>              Defendants. | Case No.: 09-2511 |
| PROFESSIONAL RESOURCES MANAGEMENT, INC. D/B/A BULLOCK COUNTY HOSPITAL, on behalf of itself and all Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>              Defendants. | Case No.: 09-2541 |

| | |
|---|---|
| REGIONAL MEDICAL CENTER BOARD D/B/A NORTHEAST ALABAMA REGIONAL MEDICAL CENTER, on behalf of itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>Defendants. | Case No.: 09-2542 |

THIS MATTER having come before the Court on July 6, 2009; and the Court having considered the papers and on good cause shown;

IT IS ON THIS 17th day of June, 2009, Ordered that Plaintiff Warren General Hospital's Motion to Consolidate is hereby **GRANTED**.

SO ORDERED.

_____
Honorable Susan D. Wigenton

3